[No. 31891-1-II. Division Two. September 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY DALE CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03536-1, James R. Orlando, J., entered June 15, 2004. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong and Hunt, JJ.

[No. 32222-6-II. Division Two. September 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD HARVEY ANDERSEN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00409-4, H. John Hall, J., entered August 30, 2004. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 32473-3-II. Division Two. September 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAMES PIERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00575-7, David R. Draper, J., entered October 25, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 22023-1-III. Division Three. September 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE JONATHON KOSLOWSKI, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated October 20, 2005. Substitute opinion filed. See 130 Wn. App. 1005.